Opinion issued June 20, 2002







 


 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00380-CR

____________


JESSE LEE DAVIS, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 886061






MEMORANDUM OPINION

 Appellant was charged with aggravated sexual assault, and entered into a
plea bargain agreement with the State in which the State would recommend that
punishment be assessed at 15 years confinement. Appellant signed a written waiver
of his right to appeal if the trial court accepted the plea bargain agreement. 

 Appellant pleaded no contest, and the trial court followed the plea bargain
agreement in assessing punishment. Despite having waived the right to appeal,
appellant filed a notice of appeal. We hold the appeal must be dismissed. See Buck
v. State, 45 S.W.3d 275, 278 (Tex. App.--Houston [1st Dist.] 2001, no pet.); see also
Blanco v. State, 18 S.W.3d 218, 219-20 (Tex. Crim. App. 2000); Bushnell v. State,
975 S.W.2d 641, 642-44 (Tex. App.--Houston [14th Dist.] 1998, pet. ref'd); Littleton
v. State, 33 S.W.3d 41, 43 (Tex. App.--Texarkana 2000, pet. ref'd).

 Accordingly, we order the appeal dismissed.

 All pending motions are denied as moot.

PER CURIAM

Panel consists of Chief Justice Schneider, and Justices Hedges and Nuchia.


Do not publish. Tex. R. App. P. 47.